UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUREN GLANTON and
TIFFANY BENT, on behalf of
themselves and those similarly situated,

    Plaintiffs,

v.                                              Case No. 8:17-cv-2932-T-30TBM

AIR5 NETWORKS HOLDINGS, LLC,
et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Plaintiff Lauren Glanton's **Application to Proceed in District Court Without Prepaying Fees or Costs** (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis*.

Upon review and consideration of the Application, I recommend that the construed motion be **DENIED**. According to her Application, Ms. Glanton earns approximately $4,400 in "take-home" pay or wages each month. She lists monthly expenditures amounting to $960 and claims to have $200 in cash presently on hand. Thus, a comparison of the income versus monthly expenses indicates Ms. Glanton has the wherewithal to pay the filing fee in this cause and does not qualify as indigent for the purposes of 28 U.S.C. § 1915(a).

In addition, I note that Ms. Glanton's co-plaintiff Tiffany Bent has not submitted any affidavit of indigency or otherwise claimed an inability to pay the filing fee.

For these reasons, I **RECOMMEND** that Ms. Glanton's construed motion to proceed *in forma pauperis* (Doc. 2) be **DENIED** and the district judge direct Plaintiff(s) to pay the filing fee within twenty days of the Court's Order.

Respectfully submitted this
19th day of December 2017.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen (14) days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

Copies to:
The Honorable James S. Moody, United States District Judge
Counsel of record