UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUREN GLANTON and TIFFANY BENT,

    Plaintiffs,

v.                                Case No: 8:17-cv-2932-T-30TBM

AIR5 NETWORKS HOLDINGS, LLC,
CHARLES GLENN, MATTHEW DAVIS
and GEORGE BURTON,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. 3). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 3) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 2) is DENIED.

3. The Court notes that Plaintiff paid the filing fees of $400 to the Clerk of Court on January 2, 2018.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of January, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record